IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NORTHWEST RURAL PUBLIC
POWER DISTRICT,

        Plaintiff,

vs.

TRI-STATE GENERATION AND
TRANSMISSION ASSOCIATION,
INC. and BASIN ELECTRIC POWER
COOPERATIVE,

        Defendants.

4:24-CV-3127

ORDER

IT IS ORDERED:

1. The parties' stipulation (filing 18) is approved.

2. Funds interpleaded into the District Court for Sheridan County, Nebraska, shall be paid to Tri-State Generation and Transmission Association, Inc. as provided in Paragraph 4 below.

3. Sums accruing for power supplied to Northwest Public Power District and billed to Northwest Public Power District commencing July 11, 2024, and thereafter shall be paid by wire transfer in the manner in effect April 30, 2024, between Tri-State Generation and Transmission Association, Inc. and Northwest Rural Public Power District.

4. Upon receipt of a file stamped copy of this Order, the Clerk of the District Court for Sheridan County, Nebraska, shall wire the funds it holds pursuant to the interpleader filed in Sheridan County, Nebraska, to Tri-State Generation and Transmission Association, Inc. in the same manner as Northwest Rural Public Power District. Northwest Rural Public Power District shall provide wire instructions to the Clerk of the District Court for Sheridan County, Nebraska, in a confidential manner and <u>on or before September 6, 2024</u>, shall provide proof to this Court of the transmittal of funds by the Clerk of the District Court for Sheridan County, Nebraska.

5. The Clerk of the Court shall provide a file-stamped copy of this Order to the Clerk of the District Court for Sheridan County, Nebraska.

6. Northwest Rural Public Power District shall pay the costs incurred for the initial filing herein, service of process and for the wire of the Clerk of the District Court for Sheridan County, Nebraska. Tri-State Generation and Transmission Association, Inc. shall pay costs incurred upon its removal of the matter to this Court.

7. Upon payment as provided herein, this proceeding will be dismissed with prejudice and a separate judgment entered pursuant to Fed. R. Civ. P. 58(a).

8.  The Clerk of the Court is directed to set a status report deadline for September 6, 2024.

Dated this 6th day of August, 2024.

                BY THE COURT:

                _____
                John M. Gerrard
                Senior United States District Judge